## UNITED STATES DISTRICT COURT
## DISTRICT OF NEW MEXICO

SHIJIE LIU,

    Petitioner,

v.                                                                                    Civ. No. 26-143 JB/GJF

PAMELA BONDI, in her official capacity as
U.S. Attorney General;

MARCOS CHARLES, in his official capacity as,
Acting Executive Associate Director,
Enforcement and Removal Operations;

TODD M. LYONS, in his official capacity as
Acting Director, Immigration and Customs
Enforcement;

KRISTI NOEM, in her official capacity as
Secretary of the U.S. Department of
Homeland Security;

PATTI REYNOLDS, in her official capacity as
Director of ICE Albuquerque Field Office;

GEORGE DEDOS, in his official capacity as
Warden of Cibola County Correctional
Center;

    Respondents.

## ORDER TO SHOW CAUSE

        THIS MATTER is before the Court *sua sponte* after referral from the presiding judge. *See* Dkt. No. 4.

        The Clerk's Office having electronically served a copy of the Petition on all Federal Respondents by Notice of Electronic Filing (Dkt. No. 3), **IT IS THEREFORE ORDERED** that within **14 days**, Respondents shall respond to the Petition (Dkt. No. 2) and show cause why the

requested relief should not be granted.[1] Petitioner may file a reply (or a notice waiving the right to file such a reply) not later than **7 days** after the response is filed. The Court will determine whether a hearing on the Petition is necessary once briefing is complete.

    SO ORDERED.

_____
THE HONORABLE GREGORY J. FOURATT
UNITED STATES MAGISTRATE JUDGE

---

[1] The Court finds good cause to allow Respondents more than three days to respond. *See* 28 U.S.C. § 2243 (requiring that the "order to show cause shall be directed to the person having custody of the person detained" and "shall be returned within three days unless for good cause additional time, not exceeding twenty days . . . ."). These time-period computations shall be calculated according to Fed. R. Civ. P. 6(a).