**UNITED STATES DISTRICT COURT**
**DISTRICT OF NEW MEXICO**

SHIJIE LIU,

    Petitioner,

v.                                                                               Civ. No. 26-143 JB/GJF

PAMELA BONDI, in her official capacity as
U.S. Attorney General;

MARCOS CHARLES, in his official capacity as,
Acting Executive Associate Director,
Enforcement and Removal Operations;

TODD M. LYONS, in his official capacity as
Acting Director, Immigration and Customs
Enforcement;

KRISTI NOEM, in her official capacity as
Secretary of the U.S. Department of
Homeland Security;

PATTI REYNOLDS, in her official capacity as
Director of ICE Albuquerque Field Office;

GEORGE DEDOS, in his official capacity as
Warden of Cibola County Correctional
Center;

    Respondents.

**ORDER TO SHOW CAUSE**

On February 18, 2026, Petitioner filed a *Motion to Compel Compliance with Court's Scheduling Order and for an Order Show Cause* (Dkt. No. 7). This matter is on referral from the presiding judge. *See* Order, Dkt. No. 4. Petitioner Shijie Liu filed a Petition (Dkt. No. 2) on January 23, 2026. On January 28, 2026, the Clerk's Office electronically served a copy of the Petition on all Federal Respondents by *Notice of Electronic Filing* (Dkt. No. 3). On January 30, 2026, the undersigned entered an *Order to Show Cause* (Dkt, No. 4), ordering Respondents to respond to the

Petition within 14 days of the filing of the Order. Respondents' response was therefore due on or before February 13, 2026. To date, no response has been filed, and no counsel has entered an appearance for any of the Respondents.

Petitioner seeks an Order compelling Respondents to comply with the Court's January 30, 2026 *Order to Show Cause* (Dkt. No. 4), directing them to explain their failure to comply, and granting appropriate relief including his immediate release. The Court finds good cause to grant the motion to compel in part and will require Respondents to file a response to the Petition and a separate filing explaining the reasons the filing was late. The response and separate written submission must be filed within three business days of entry of this Order. The Court, however, will deny the request for immediate compliance and the alternative request to grant the Petition and order Petitioner's immediate release from custody.

**IT IS THEREFORE ORDERED** that Petitioner's *Motion to Compel Compliance with Court's Scheduling Order and for an Order [to] Show Cause* (Dkt. No. 7) is **GRANTED IN PART AND DENIED IN PART** as follows:

1. **Within 3 business days from the date of the filing of this Order**, Respondents shall respond to the Petition and show cause by separate filing why the response was late.
2. Respondents are hereby given notice that the failure to respond to the Petition may result in the undersigned recommending the granting of the Petition for failure to answer.
3. Petitioner's motion is otherwise denied.

**SO ORDERED**.

_____
THE HONORABLE GREGORY J. FOURATT
UNITED STATES MAGISTRATE JUDGE