UNITED STATES DISTRICT COURT
DISTRICT OF NEW MEXICO

SHIJIE LIU,

      Petitioner,

v.                                                                                                                  Civ. No. 1:26-00143 JB/GJF

PAMELA BONDI,
et al.

      Respondents.

**ORDER SETTING HEARING VIA ZOOM**

| | |
|---|---|
| **Date and time:** | Monday, March 23, 2026, at 2:00 p.m. MT |
| **Matters to be heard:** | *Verified Petition for a Writ of Habeas and Complaint for Declaratory and Injunctive Relief* (Dkt. No. 2) |

**IT IS ORDERED** that counsel for the parties shall appear for a Zoom[1] hearing on the above motion. Client attendance is not required.

**SO ORDERED.**

_____
THE HONORABLE GREGORY J. FOURATT
UNITED STATES MAGISTRATE JUDGE

---

[1] Join ZoomGov Meeting
https://nmd-uscourts.zoomgov.com/j/1606911245

Meeting ID: 160 691 1245
Passcode: 779572

Dial by your location
• +1 669 254 5252 US (San Jose)
• +1 646 828 7666 US (New York)