IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF NEW MEXICO

SHIJIE LIU,

Petitioner,

v. No. 1:26-cv-00143-KG-GJF

GEORGE DEDOS, et al.,

Respondents.

**ORDER TO SHOW CAUSE**

Petitioner Shijie Liu filed an Emergency Motion to Enforce the Court's Order, For and Order to Show Cause, For Contempt, and For Immediate Release on August 27, 2026. Doc. 23. The Government has not responded as of September 24, 2026.

IT IS THEREFORE ORDERED that the Government shall file a response and show cause why the motion should not be granted and why Petitioner should not be released by 5:00 p.m. on September 29, 2026. The Government shall include in their response whether Petitioner received a bond hearing following this Court's July 22, 2026, Memorandum and Order directing the Government to provide an individualized bond hearing. Doc. 21 at 6. Petitioner's reply, if any, shall be filed within three business days after the Government's response is filed.

/s/Kenneth J. Gonzales
CHIEF UNITED STATES DISTRICT JUDGE

- Please note that this document has been electronically filed. To verify its authenticity, please refer to the Digital File Stamp on the NEF (Notice of Electronic Filing) accompanying this document. Electronically filed documents can be found on the Court's PACER public access system.