IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF NEW MEXICO

SHIJIE LIU,

Petitioner,

v. No. 1:26-cv-00143-KG-GJF

GEORGE DEDOS et al.,

Respondents.

**ORDER DENYING PETITIONER'S MOTION TO ENFORCE[1]**

This matter is before the Court on Petitioner Shijie Liu's Emergency Motion to Enforce the Court's Order, for an Order to Show Cause, for Contempt, and for Immediate Release, Doc. 23, and the Government's Response, Doc. 26. Petitioner contends that Respondents failed to comply with the Court's prior Order directing Respondents to provide Petitioner a bond hearing before an immigration judge within seven days. Doc. 23 at 1; *see* Doc. 21 at 6. The Court declines to grant relief because Petitioner received the bond hearing to which he was entitled.

The record indicates that Petitioner received a bond hearing on July 27, 2026. Doc. 26-1 at 1. The Immigration Judge denied bond, finding that Petitioner was a flight risk due to his manner of entry and his pending removal order. *Id.* Nothing in the record suggests that the hearing was constitutionally deficient. The hearing therefore satisfies both § 1226 and the Fifth Amendment's Due Process Clause.

To the extent Petitioner contests the IJ's bond determination, the Court lacks the authority to consider Petitioner's claims. *See Demore v. Kim*, 538 U.S. 510, 516 (2003) (noting that

[1] The Court incorporates the relevant background and procedural history from its prior Order, Doc. 20, and includes additional facts where necessary.

§ 1226(e) precludes review of the Attorney General's "discretionary judgment" or "decision" regarding detention or release but permits constitutional challenges to detention). A petitioner seeking review of a bond decision must file a request for a bond redetermination with the immigration court. *Johnson v. Guzman Chavez*, 594 U.S. 523, 527 (2021); *see also* 8 C.F.R. § 236.1(d)(1), 8 C.F.R. § 1003.19(e).

For the reasons stated, Petitioner's motion is denied.

IT IS SO ORDERED.

/s/Kenneth J. Gonzales
CHIEF UNITED STATES DISTRICT JUDGE

- Please note that this document has been electronically filed. To verify its authenticity, please refer to the Digital File Stamp on the NEF (Notice of Electronic Filing) accompanying this document. Electronically filed documents can be found on the Court's PACER public access system.